# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ROY TROST, *also known as* Daisy Lynne Meadows,

    Plaintiff,

v.

NETHANJAH CHILDERS, *et al.*,

    Defendants.

Case No. 3:22-CV-00383-MMD-CLB

**ORDER DENYING MISCELLANEOUS MOTIONS**

[ECF Nos. 34, 35]

Before the Court are two motions filed by Plaintiff, a special motion for prisoner release order and a motion request for a three-judge court. (ECF Nos. 34, 35.) While docketed as two separate motions, the documents are identical. These motions are improper for several reasons.

First, it is unclear what specific relief Plaintiff seeks through the motions. The Federal Rules of Civil Procedure require that all motions filed with the Court state with particularity the grounds for seeking the order and the relief sought. Fed. R. Civ. P. 7(b)(1)(B)-(C). Additionally, this is the second time Plaintiff has filed motions for release and for a three-judge court. (*See* ECF Nos. 25, 26, 29.)

Plaintiff was previously advised and is advised again that the filing of frivolous and legally unsupported motions is forbidden by the Local Rules of Practice and the Federal Rules of Civil Procedure. The Court has a heavy docket. Plaintiff's case is just one of hundreds before the Court, and her frivolous filings slow the pace of her litigation. They also place her at risk of sanctions. Accordingly, because it is unclear what specific relief Plaintiff seeks, her motions, (ECF Nos. 34, 35), are **DENIED**.

**IT IS SO ORDERED**.

**DATED**: August 28, 2023.

_____
UNITED STATES MAGISTRATE JUDGE