UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROY TROST, *also known as* Daisy Lynne Meadows,<br><br>Plaintiff,<br><br>v.<br><br>NETHANJAH CHILDERS, *et al.*,<br><br>Defendants. | Case No. 3:22-CV-00383-MMD-CLB<br><br>**ORDER RE: VIOLATION OF GENERAL ORDER 2021-05**<br><br>[ECF No. 49] |

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On October 12, 2023, Plaintiff filed a motion for appointment of counsel, (ECF No. 49). This filing violates the filing provision(s) of GO 2021-05:

- ☐ Motion, Opposition, or Reply exceeds page limit without leave of court. GO 2021-05, § 3(a).
- ☐ Improper Supplement or Sur-Reply filed without leave of court. GO 2021-05, § 3(b).
- ☐ Improper "Notice" or "Letter." GO 2021-05, § 3(d).
- ☑ Duplicate filing of previously filed motion, ECF No. 43. GO 2021-05, § 3(f).
- ☐ Improperly filed declaration, affidavit, or exhibit that is not filed in support of a motion, opposition, or reply. GO 2021-05, § 3(e).

Based on the above violation(s) of GO 2021-05, ECF No. 49 is:

- ☑ Stricken.
- ☐ Denied.

**IT IS SO ORDERED.**

**DATED**: October 12, 2023.

_____
UNITED STATES MAGISTRATE JUDGE