**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DAISY LYNNE MEADOWS, | Case No. 3:22-CV-00383-MMD-CLB |
| Plaintiff, | **ORDER STRIKING NOTICE/MOTIONS** |
| v. | [ECF Nos. 60, 61, 62] |
| NETHANJAH CHILDERS, *et al.*, | |
| Defendants. | |

On December 6, 2023, the Court granted Plaintiff Daisy Lynne Meadows's ("Meadows") motion for appointment of counsel and stayed this case in its entirety until pro bono counsel is identified and formally appointed in this case. (*See* ECF No. 57.) On March 13, 2025, Meadows filed a notice of change of status, (ECF No. 60), a motion to confront, (ECF No. 61), and a motion/order to confront, (ECF No. 62). Each of the filings is improper and will be stricken.

First, Meadows's Notice, (ECF No. 60), is improper and violates General Order No. 2021-05 ("GO 2021- 05"), which set forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. *See* GO 2021-05 § 3(d). Accordingly, the notice is stricken. As for the motions to "confront," (ECF Nos. 61, 62), it is unclear what specific relief Meadows seeks through the motions. The Federal Rules of Civil Procedure require that all motions filed with the Court state with particularity the grounds for seeking the order and the relief sought. Fed. R. Civ. P. 7(b)(1)(B)-(C). Additionally, because this case has been stayed in its entirety pending appointment of pro bono counsel, Meadows should refrain from the filing of any documents until pro bono counsel has been appointed.

For all of these reasons, **IT IS ORDERED** that Meadows's filings, (ECF Nos. 60, 61, 62), are hereby **STRICKEN**.

**DATED**: March 14, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**