**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DAISY LYNNE MEADOWS,<br><br>                    Plaintiff,<br><br>      v.<br><br>NETHANJAH CHILDERS, *et al.*,<br><br>                    Defendants. | Case No. 3:22-CV-00383-MMD-CLB<br><br>**ORDER STRIKING MOTION**<br><br>[ECF No. 64] |

On December 6, 2023, the Court granted Plaintiff Daisy Lynne Meadows's ("Meadows") motion for appointment of counsel and stayed this case in its entirety until pro bono counsel is identified and formally appointed in this case. (*See* ECF No. 57.) On March 20, 2025, Meadows filed a notice regarding the appointment of counsel. (ECF No. 64.) It is unclear what specific relief Meadows seeks or what she intends to notify the Court of. The Federal Rules of Civil Procedure require that all motions filed with the Court state with particularity the grounds for seeking the order and the relief sought. Fed. R. Civ. P. 7(b)(1)(B)-(C). Because this case has been stayed in its entirety pending appointment of pro bono counsel, Meadows should refrain from the filing of any documents until pro bono counsel has been appointed. This filing is improper and will be stricken.

For all of these reasons, **IT IS ORDERED** that Meadows's filing, (ECF No. 64) is hereby **STRICKEN**.

**DATED**: March 21, 2025

_____
UNITED STATES MAGISTRATE JUDGE