AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAISY LYNNE MEADOWS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, et al.,<br><br>Defendants. | Case No.  2:23-cv-00755-RFB-MDC |
| DAISY LYNNE MEADOWS,<br><br>Plaintiff,<br><br>v.<br><br>NETHANJAH BREITENBACH, et al.,<br><br>Defendants. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No.  3:22-cv-00383-MMD-CLB |
| DAISY LYNNE MEADOWS ,<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH STRIPLIN, et al.,<br><br>Defendants. | Case No.  3:23-cv-01995-APG-MDC |

IT IS HEREBY STIPULATED by and between Daisy Lynne Meadows, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, that the above-

1

captioned actions should be dismissed with prejudice, by order of this Court, with each party to bear his or her own costs.

DATED this 4th  day of December, 2025

DATED this 4th day of December, 2025

AARON D. FORD
Attorney General

By: _____

DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

_____
DAISY LYNNE MEADOWS
Plaintiff, *Pro Se*

**IT IS ORDERED**

DATED this 30th day of January, 2026.

_____
**FEDERAL DISTRICT COURT JUDGE**

2